IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RAY CHAVEZ,

    Petitioner,                               No. CIV S-09-2048-JAM-TJB

    vs.

JOHN HAVILAND,

    Respondent.                            <u>ORDER</u>

_____/

       Petitioner has requested a second extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered on September 10, 2010.  The request is granted, provided, however, no further extensions of time will be granted on the grounds raised in Petitioner's last two motions for extension of time.

       IT IS HEREBY ORDERED that:

       1.  Petitioner's November 22, 2010, request for an extension of time is granted; and

///

///

///

///

///

1

2. Petitioner shall file his objections to the Magistrate Judge's Findings and Recommendations within thirty days of the date of this order.

DATED: November 30, 2010.

                                                TIMOTHY J BOMMER
                                                UNITED STATES MAGISTRATE JUDGE