IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RAY CHAVEZ,

        Petitioner,                   No. CIV S-09-2048-JAM-TJB

    vs.

JOHN HAVILAND,

        Respondent.            <u>ORDER</u>

_____/

      Petitioner requests an extension of time to file a notice of appeal of the March 3, 2011 order denying his application for writ of habeas corpus.  Petitioner states he needs the extra time because he is in administrative segregation and has limited law library access.  Based upon Petitioner's representations, the request for additional time will be granted.  Petitioner shall comply with the requirements of Rule 3(c)(1) of the Federal Rules of Appellate Procedure relative to his notice of appeal.

      Accordingly, IT IS HEREBY ORDERED that:

    1.    Petitioner's March 30, 2011, request for an extension of time to file a notice of appeal is GRANTED; and

    2.    Petitioner has an additional thirty (30) days from the date of this order to file a notice of appeal of the March 3, 2011 order denying his petition for writ of habeas

1

1    corpus.

2    DATED:  April 4, 2011

3

4

5

6    TIMOTHY J BOMMER
     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26